# Court of Appeals
# of the State of Georgia

ATLANTA,___June 27, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1941.  IN THE INTEREST OF: N. L., A CHILD (MOTHER)**

The mother of N. L. has filed a direct appeal from the juvenile court's order terminating her parental rights. We lack jurisdiction.

In 2007, the Georgia Legislature amended OCGA § 5-6-35 to bring orders terminating parental rights within the discretionary appeal procedures. Before that amendment, termination orders were directly appealable as a matter of right. See *In the Interest of S. N. S.*, 182 Ga. App. 803 (357 SE2d 127) (1987); *In the Interest of R. L. Y.*, 180 Ga. App. 559 (349 SE2d 800) (1986). Under the revised code section, however, an application for discretionary appeal must be filed to obtain appellate review of an order terminating parental rights where, as here, the termination petition was filed after January 1, 2008. See OCGA § 5-6-35 (a) (12); *In the Interest of K. R.*, 285 Ga. 155 (674 SE2d 288) (2009). The mother's failure to file an application for discretionary review deprives us of jurisdiction over this appeal, which is hereby *DISMISSED*.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/27/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*